UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMIE THOMPSON,

    Petitioner,

Case No. 21-cv-10935
Hon. Matthew F. Leitman

v.

JONATHAN HEMINGWAY,

    Respondent.

_____/

## **JUDGMENT**

In accordance with the Order Dismissing Petition for Writ of Mandamus Without Prejudice entered on this day,

**IT IS ORDERED AND ADJUDGED** the Petition for a Writ of Mandamus is **DISMISSED WITHOUT PREJUDICE**.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                                        By:    s/Holly A. Monda
                                                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  October 27, 2021
Flint, Michigan